UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2024 NOV -5 A 10: 40

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. **24-CR-211** |
| v. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), & 841(b)(1)(C); 18 U.S.C. §§ 2(a), 922(g)(1), 924(a)(8), & 924(c)(1)(A)(i)] |
| DENNIS L. JOHNSON, | |
| Defendant. | **Green Bay Division** |

## INDICTMENT

### COUNT ONE
(Distribution of cocaine)

**THE GRAND JURY CHARGES THAT:**

On or about September 3, 2024, in the State and Eastern District of Wisconsin,

**DENNIS L. JOHNSON**

knowingly and intentionally distributed a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

1

## COUNT TWO
### (Distribution of cocaine)

**THE GRAND JURY FURTHER CHARGES THAT**:

On or about September 13, 2024, in the State and Eastern District of Wisconsin,

**DENNIS L. JOHNSON**

knowingly and intentionally distributed a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT THREE
(Distribution of cocaine)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 20, 2024, in the State and Eastern District of Wisconsin,

**DENNIS L. JOHNSON**

knowingly and intentionally distributed a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

3

# COUNT FOUR
## (Possession of fentanyl, cocaine, and methamphetamine with the intent to distribute)

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about September 23, 2024, in the State and Eastern District of Wisconsin,

## DENNIS L. JOHNSON

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance; a mixture and substance containing cocaine, a Schedule II controlled substance; and 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance.

2. Before committing the offense charged in this count, defendant Johnson had a final conviction for a serious drug felony, namely, manufacture/deliver cocaine under Wisconsin Statute Section 961.41(1)(cm)1, for which he served more than 12 months of imprisonment and was released within 15 years of commencing the offense.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

# COUNT FIVE
## (Possession of firearms in furtherance of drug trafficking)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 23, 2024, in the State and Eastern District of Wisconsin,

**DENNIS L. JOHNSON**

knowingly possessed at least one firearm in furtherance of a drug trafficking crime, namely, possession with intent to distribute controlled substances, as charged in Count Four of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SIX
### (Possession of firearms by a convicted felon)

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about September 23, 2024, in the State and Eastern District of Wisconsin,

**DENNIS L. JOHNSON,**

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of them was therefore in and affecting commerce.

2. The firearms are more fully described as: a Taurus 9-millimeter pistol bearing serial number ABG731675; a Smith & Wesson .40-caliber pistol bearing serial number PBA0714; and a Walther 9-millimeter pistol bearing serial number BB6380.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

# NOTICE OF FORFEITURE

1.  Upon conviction of Counts One, Two, Three, or Four of this indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including approximately $1,874 in U.S. currency seized on September 23, 2024.

2.  Upon conviction of Counts Five or Six of this indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including the following items seized on September 23, 2024:

    a.  a Taurus 9-millimeter pistol bearing serial number ABG731675;

    b.  a Smith & Wesson .40-caliber pistol bearing serial number PBA0714;

    c.  a Walther 9-millimeter pistol bearing serial number BB6380;

    d.  approximately 39 rounds of 9-millimeter ammunition; and

    e.  approximately two rounds of .40-caliber ammunition.

3.  If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

███████████████████

~~FOREPERSON~~

Dated: 11/5/2024

*[signature]*
GREGORY J. HAANSTAD
United States Attorney

8